FILED
2012 Sep-20 AM 10:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
2012 SEP 19 P 4:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RICHARD MOORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: ) |
| FIRST FINANCIAL INVESTMENT FUND V, L.L.C., and MIDLAND CREDIT MANAGEMENT, INC., | ) CV-12-HS-3014-S ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Midland Credit Management, Inc. ("Midland") hereby removes this action to this Court. In support, Midland states as follows:

1. Midland was named as a defendant in Civil Action No. CV-2012-902545 filed in the Circuit Court of Jefferson County, Alabama (the "State Court Action").

2. The Complaint in the State Court Action was filed with the Clerk of the Circuit Court of Jefferson County, Alabama on August 13, 2012. Midland was served with the Complaint on August 20, 2012.

1225357.1

3. This Notice is being filed with this Court within thirty days after Midland received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. A copy of all process, pleadings, and orders served upon Midland in the State Court Action is attached hereto as Exhibit A.

5. The Plaintiff asserts a single claim for relief against Midland arising under the federal Fair Debt Collection Practices Act ("FDCPA"). *See* Compl. ¶ 1 ("This action seeks redress for collection practices . . . that *inter alia* violate the Fair Debt Collection Practices Act (hereinafter referred to as 'FDCPA'), 15 U.S.C. §§ 1692 *et seq*. . . . ."); *id.* ¶ 37 (invoking "Section 1692e of the FDCPA"); *id.* ¶ 38 ("Defendants have both violated 15 U.S.C. § 1692e . . . ."). Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).[1] This action, therefore, properly may be removed to this United States District Court pursuant to 28 U.S.C. §§ 1441(a) and (b).

---

[1] The FDCPA provides that "an action to enforce any liability created by this title may be brought in any appropriate United States district court without regarding to the amount in controversy. . . ." 15 U.S.C. § 1692k(d). Actions brought in state court under the FDCPA are removable to the appropriate federal district court. *Lockard v. Equifax, Inc.*, 163 F.3d 1259, 1263 (11th Cir. 1999).

6. The only other defendant in the State Court Action, First Financial Investment Fund V, LLC ("First Financial"), also was served on August 20, 2012. First Financial's joinder in and consent to this removal is attached as Exhibit B.

7. Promptly after filing this Notice of Removal and receiving a case number,[2] Midland shall provide notice of the removal to Plaintiff through Plaintiff's attorneys of record in the State Court Action and to the Clerk of the Circuit Court of Jefferson County, as required by 28 U.S.C. § 1446(d).

DATED this 19th day of September, 2012.

/s/ Jason B. Tompkins
One of the Attorneys for Defendant
Midland Credit Management, Inc.

**OF COUNSEL:**
Eric B. Langley
Jason B. Tompkins
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-251-8100
Facsimile: 205-226-8798
elangley@balch.com
jtompkins@balch.com

---

[2] The Circuit Court of Jefferson County, Alabama requires the federal case number to be included with the § 1446(d) notice filed in that court.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record by email and by U.S. mail on this the 19th day of September, 2012:

Robert C. Keller
Russo, White & Keller, P.C.
315 Gadsden Highway, Suite D
Birmingham, AL 35235
rjlawoff@bellsouth.net

_____
Of Counsel