FILED
 2012 Sep-20 AM 10:25
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# Exhibit A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

null / ALL
Transmittal Number: 10239387
Date Processed: 08/20/2012

| | |
|---|---|
| Primary Contact: | Tanya Flores<br>Midland Credit Management, Inc.<br>3111 Camino del Rio North<br>Suite 1300<br>San Diego, CA 92108 |
| Copy of transmittal only provided to: | Leina Veniegas<br>Marie Bola<br>Sany Chay |
| Entity: | Midland Credit Management, Inc<br>Entity ID Number  1682419 |
| Entity Served: | Midland Credit Management, Inc. |
| Title of Action: | Richard Moore vs. First Financial Investment Fund V, L.L.C. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Other |
| Court/Agency: | Jefferson County Circuit Court, Alabama |
| Case/Reference No: | CV-2012-902545.00 |
| Jurisdiction Served: | Alabama |
| Date Served on CSC: | 08/20/2012 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Certified Mail |
| Sender Information: | Robert C. Keller<br>205-833-2589 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com



AlaFile E-Notice

01-CV-2012-902545.00

To: MIDLAND CREDIT MANAGEMENT, INC.
C/O CSC LAWYERS INC. SVC.
150 SOUTH PERRY STREET
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

RICHARD MOORE V. MIDLAND CREDIT MANAGEMENT, INC. ET AL
01-CV-2012-902545.00

The following complaint was FILED on 8/13/2012 3:31:21 PM

Notice Date: 8/13/2012 3:31:21 PM

ANNE-MARIE ADAMS
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
BIRMINGHAM, AL 35203

205-325-5355
anne-marie.adams@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2012-902545.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
RICHARD MOORE V. MIDLAND CREDIT MANAGEMENT, INC. ET AL

**NOTICE TO:** MIDLAND CREDIT MANAGEMENT, INC., C/O CSC LAWYERS INC. SVC. 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY ROBERT C. KELLER

WHOSE ADDRESS IS 315 GADSDEN HIGHWAY, SUITE D, BIRMINGHAM, AL 35235

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   RICHARD MOORE
pursuant to the Alabama Rules of the Civil Procedure

| 8/13/2012 3:31:21 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested

/s ROBERT C. KELLER
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ In _____ County, Alabama on _____

_____ _____
Date    Server's Signature

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01-CV-201<br>Date of Filing:<br>08/13/2012 |  |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT OF JEFFERSON COUNTY, ALABAMA
### RICHARD MOORE v. MIDLAND CREDIT MANAGEMENT, INC. ET AL

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:**

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonnes
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☑ TOXX - Other: FDCPA

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ Yes  ☐ No

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** KEL050   8/13/2012 3:30:30 PM   /s/ ROBERT C. KELLER

**MEDIATION REQUESTED:** ☐ Yes  ☐ No  ☑ Undecided



## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | |
|---|---|
| RICHARD MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: _____ |
| ) | |
| FIRST FINANCIAL ) | |
| INVESTMENT FUND V, L.L.C., ) | |
| and MIDLAND CREDIT ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

COMES NOW Richard Moore, the Plaintiff, and hereby files this Complaint against the above-named Defendants as follows:

### Introduction

1. This action seeks redress for collection practices utilized by both Defendants, First Financial Investment Fund V, LLC and Midland Credit Management, Inc. that *inter alia* violate the Fair Debt Collection Practices Act (hereinafter referred to as "FDCPA"), 15 U.S.C. §§ 1692 *et seq.* by sending to the Plaintiff dunning notices which contained false, deceptive or misleading representations or means in the collection of a debt when, for example, such letters stated that Midland Funding, L.L.C.

1

was the creditor to which the Plaintiff's debt was owed and/or stated that First Financial Investment Fund V, LLC was the creditor to which the Plaintiff's debt was owed.

2. Additionally, said dunning letters contained false, deceptive or misleading representations as to the amount of the debt that was allegedly owed by the Plaintiff.

3. Additionally, as to Defendant First Financial Investment Fund V, LLC, said letters made deceptive, false, or misleading representations because the company is not authorized to perform business within the State of Alabama.

## Parties

4. Plaintiff Richard Moore is an individual over the age of twenty-one (21) years and is a resident of Gardendale, Jefferson County, Alabama.

5. Plaintiff is a "consumer" as that term is defined in the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a(3), in that the Defendants sought to collect from Plaintiff a debt allegedly owed to another that was for personal, family, or household purposes.

6. Defendant First Financial Investment Fund V, L.L.C. (hereinafter referred to as "First Financial") is a limited liability company organized

2

under the laws of the State of Delaware and which has its principal place of business located at 230 Peachtree Street, Suite 1700, Atlanta, Geogia 30303. Upon information and belief, Defendant First Financial engages in the business of buying debt and the collection of debt.

7. Defendant Midland Credit Management, Inc. (hereinafter referred to as "MCM") is a corporation organized under the laws of the State of Kansas and which has its principal place of business located at 8875 Aero Drive, Suite 200, San Diego, California 92123. Upon information and belief, Defendant MCM regularly engages in the business of the collection of debt.

8. Both Defendants are debt collectors as that term is defined in 15 U.S.C. § 1692a(6) as both Defendants regularly attempt to collect debts asserted to be owed to another person or entity.

### Jurisdiction and Venue

9. This Court has jurisdiction to grant the relief sought by the Plaintiff pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. §§ 1331.

10. Venue is proper in this County in that the Defendants directed each of their collection efforts into Jefferson County and the Named Plaintiff resides within Jefferson County.

## Factual Allegations

11. In or around June 2004, Richard Moore ("Moore") opened a credit card account with HSBC Bank for a Mastercard ending in xxx1436.

12. Moore defaulted on the payment of the credit card debt thereafter.

13. In October 2010, the Plaintiff received a dunning letter from Frederick J. Hanna & Associates, PC regarding the credit card debt.

14. The dunning letter demanded payment of $621.36 and reflected that the debt was owed to Portfolio America Asset Management, L.L.C. Assignee of Metris, not HSBC Bank, even though the "reference number" matched the HSBC Bank credit card number for Moore's Mastercard account. Specifically, the letter stated that the law firm was assisting Portfolio America "in its efforts to collect your delinquent debt."

15. In or around January 2012, Plaintiff received a dunning letter from Defendant MCM regarding this debt owed to HSBC Bank Nevada, NA. The letter failed to mention that the Plaintiff had thirty days to dispute this debt. Also, the letter failed to mention the current owner of the debt, but instead implied that the debt was owed only to HSBC Bank Nevada, N.A.

4

16. The amount due according to this letter was $633.12.

17. On March 22, 2012, Defendant MCM mailed another dunning letter to the Plaintiff. This letter failed to advise Moore of the current owner of the debt. It also failed to advise him that he had thirty days to dispute the debt. Instead, the letter again implied that the debt was owed to HSBC Bank Nevada, N.A.

18. The amount due according to this March 22, 2012 letter was $641.64.

19. On May 3, 2012, Defendant MCM mailed another dunning letter to the Plaintiff. The letter stated that the "Current Owner" of the debt was "Midland Funding, LLC." It also stated that the original creditor was HSBC Bank Nevada, N.A. See Exhibit A attached hereto and incorporated herein by reference.

20. The amount due according to this May 3, 2012 letter was $645.90.

21. During the time MCM was writing Moore about this debt, another creditor, through its attorneys, was also demanding payment of the same debt. Prior to May 2012, but during the time in which MCM was demanding payment of this debt, First Financial Investment Fund V, LLC (by and through Parnell & Crum, its attorneys) sent Moore a dunning letter demanding payment of the Mastercard debt originally

owed to HSBC Bank.

22. On May 3, 2012, Defendant First Financial sent a second letter to Moore regarding a debt owed on the HSBC debt.

23. This letter stated that the owner of the debt was First Financial and that the debt was owed to First Financial. See Exhibit B attached hereto and incorporated herein by reference.

24. The amount due according to this May 3, 2012 letter was $658.23.

25. First Financial's letter also stated that First Financial had the ability to sue Moore for this debt and that the balance of the debt could increase because of interest, court costs, and possibly even attorney fees.

26. Upon information and belief, Defendant First Financial has not registered to do business within the State of Alabama nor has it purchased a license to do business within the State as required by State law.

27. At all times relevant herein, the Plaintiff failed to make the payments as required on the credit debt and was in default on the account prior in time to the facts herein described.

28. Upon information and belief, Midland Funding LLC and First Financial are two separate, distinct, and unrelated entities.

6

29. Additionally, upon information and belief, both Portfolio America Asset Management, L.L.C. and Metris are separate, distinct and unrelated entities to the Defendants.

30. Because the dunning letters stated that Midland Funding LLC and First Financial were the owners of the debt and/or stated that the debt was owed to the Defendants, the Defendants used false, deceptive and/or misleading representations or means in the collection of this debt.

31. Additionally, the two letters dated May 3, 2012 from each of the Defendants have two separate amounts due. Because of this, the Defendants used false, deceptive, and/or misleading representations or means in the collection of this debt.

32. Moreover, since Defendant First Financial is not licensed to collect debts within this State, Defendant First Financial has used false, deceptive, and/or misleading representations or means in the collection of this debt.

33. At all times relevant herein, the collection activity described herein concerned a personal credit card account ending in xxxx1436.

34. Defendant First Financial regularly attempts to collect debts which it asserts is owed to another entity.

35. Defendant MCM regularly attempts to collect debts which it asserts is owed to another entity.

### Count 1

36. Plaintiff re-alleges and re-avers each of the foregoing paragraphs and incorporate the same herein by reference as if fully set out herein.

37. Section 1692e of the FDCPA prohibits debt collectors from using any false, deceptive, or misleading representation or means in connection with the collection of any debt.

38. Defendants have both violated 15 U.S.C. § 1692e because they have used false, deceptive, and/or misleading representations or means in collection with the debt as set out hereinabove as follows:

   a. The Defendants have used false, deceptive, and/or misleading representations or means concerning the character, amount, and legal status of the debt in violation of § 1692e(2);

   b. The Defendants have used false, deceptive, and/or misleading representations or means concerning the owner of the debt in violation of § 1692e;

   c. The Defendants have used false, deceptive, and/or misleading representations or means concerning to whom the debt was due

and payable in violation of § 1692e;

d. Defendants communicated and/or threatened to communicate to other persons or entities false information to credit reporting agencies, including information that one or more of the Defendants were the owner of said debt in violation of § 1692e(8);

e. Defendant MCM failed to send an initial written communication to the Plaintiff in violation of § 1692e(11);

f. Defendant MCM failed to provide any notice or validation of debt or other initial communication to the Plaintiff in violation of § 1692g;

g. Defendant First Financial has used false, deceptive, and/or misleading representations or means by threatening to take action that cannot legally be taken because of its failure to register to do business within the State of Alabama and/or obtain a business license in violation of the FDCPA and the laws of the State of Alabama.

39. At the times the Defendants made these representations to the Plaintiff, the Defendants knew, or should have known, that said representations

9

were false. Said representations made by Defendants were made recklessly, willfully, and/or intentionally.

40. By reason of the conduct alleged herein, both Defendants are subject to the statutory damages of one thousand ($1,000.00) dollars per violation for individual cases pursuant to 15 U.S.C. § 1692k, *et seq.*

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs request that the Court enter judgment in favor of the Plaintiff and against each of the Defendants for the following relief:

    a. Statutory damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. Such other or further relief as this Court deems necessary and proper.

Respectfully submitted,

*/s/ Robert C. Keller*
Robert C. Keller (KEL050)
Attorney for the Plaintiffs
RUSSO, WHITE & KELLER, P.C.
315 Gadsden Highway, Suite D
Birmingham, AL 35235
(205) 833-2589
rjlawoff@bellsouth.net

***PLAINTIFF DEMANDS TRIAL BY JURY IN THIS CAUSE***

*Robert C. Keller*
Robert C. Keller
Attorney for the Plaintiff

### SERVE THE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:

First Financial Investment Fund V, L.L.C.
c/o Robert Chalavoutis, Manager
230 Peachtree Street, Suite 230
Atlanta, GA 30303

Midland Credit Management, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry Street
Montgomery, AL 36104

11

# EXHIBIT A

 Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123

*We can help you reduce your past due balance with HSBC Bank Nevada, N.A. and get your finances back on track.*

05-03-2012

Richard Moore
1745 Magnolia St
Gardendale, AL 35071-3843





Dear Richard,

Your credit report can help you reach your goals — or it can hold you back. Your past due balance of $645.90 with HSBC Bank Nevada, N.A. is being reported to the credit reporting bureaus and remains a negative item on your credit report.

Reduce the amount you owe and resolve your bill with these 2 options:

**1** **Make your payment by 06-02-2012 and receive 40% off**
Your payment will be reduced to $387.54 if you pay it in full by 06-02-2012. That's 40% off your current balance due.

**2** **Make 6 monthly payments and receive 20% off**
Your payment will be reduced to $516.72 if you make 6 monthly payments of $86.12 by 06-02-2012. That's 20% off your current balance due.

If you are unable to make the payments required with the two options above, we may be able to set up payments as low as $50 each month to help you resolve this past due bill.

We can help you get back on track. When you call, our skilled Account Managers will help you find a solution that fits your budget and your timeline.

Don't miss this opportunity to reduce the amount you owe and resolve this past due bill. We look forward to assisting you.

Sincerely,

*H. Torres*
H. Torres
Division Manager

P.S. We've included a free educational brochure for you, *Why paying your bills is so important to a good credit report.*

Hours of Operation:
M – Th 6am – 7pm
Fri 6am – 5pm
Sat 6am – noon PST

## Take your first steps towards repayment today!

- Once you make a payment, interest will stop being applied to your account
- You willl save up to $258.36 if you choose Option 1
- Offer expiration date: 06-02-2012
- Your credit report will be updated with each payment made, and once you've completed your agreed-upon payments to settle the account, your credit report will be updated as 'Paid in Full'!

Current Balance: $645.90
Payment Due Date: 06-02-2012
Original Creditor:
HSBC Bank Nevada, N.A.
Original Account No.:
███████1436
Current Owner:
Midland Funding LLC
MCM Account No.:
███████2472

---

 **Call:** (800) 282-2644     **Click:** www.midlandcreditonline.com     **Mail:** Payment coupon below

# EXHIBIT B

| | **PARNELL & CRUM, P.A.** | |
|---|---|---|
| CHARLES N. PARNELL, III | ATTORNEYS AT LAW | TELEPHONE |
| G. BARTON CRUM | 641 SOUTH LAWRENCE STREET | 334-832-4200 |
| ROBERT J. RUSSELL, JR. | MONTGOMERY, ALABAMA 36104 | |
| MATTHEW T. ELLIS | | TELECOPIER |
| ADRIAN D. JOHNSON | | 334-293-3550 |
| J. MATTHEW PARNELL | | MAILING ADDRESS |
| MICHAEL LEE HASSELL, JR. | | P.O. BOX 2189 |
| JASON P. PATRICK | | ZIP CODE 36102-2189 |

May 3, 2012

5009798-LJ6/
RICHARD MOORE
1745 MAGNOLIA ST
GARDENDALE AL 35071-3843

      RE: FIRST FINANCIAL INVESTMENT FUN
         D V, LLC
         VS. RICHARD MOORE
         BALANCE: $658.23
         ACCOUNT#: ▮▮▮▮1436
         OUR FILE NO.▮▮798

   This office previously wrote you to inform you we had been retained to collect the above-referenced debt. We gave you the opportunity to pay the account or contact our office to make arrangements. We also explained your rights in the case you disputed any part of the bill. If you did not receive that letter with attached IMPORTANT NOTICE please contact us immediately and we will send you a second by mail.

   By ignoring our letter and by not paying the debt, you leave us no option except to recommend to our client that we be authorized to file suit against you immediately. If our client accepts our advice and pursues its option to file suit, the balance you have to pay could increase because of interest, court costs, and possibly even attorney fees, if you signed a contract permitting the court to add attorneys fees to the debt. If you will contact us immediately, we will hold off filing suit and hopefully we can work out a reasonable plan for you to pay the balance. Your check or money order should be made payable to Parnell and Crum, PA and mailed to us at Post Office Box 2189, Montgomery, Alabama 36102-2189. If you need to talk to someone about arrangements, please call us at (334) 832-4200 or toll free at 866-629-0912 and ask for the collection department.

                Sincerely,

                Charles N. Parnell, III

**Please note this letter is sent for the purpose of attempting to collect the debt, and any information obtained from you will be used for that purpose.**

*Celebrating 30 years of excellence through integrity, hard work, and dedication*

| State of Alabama<br>Unified Judicial System<br><br>Form C-34 Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br>01-CV-2012-902545.00 |
|---|---|---|

IN THE CIVIL COURT OF JEFFERSON, ALABAMA
RICHARD MOORE V. MIDLAND CREDIT MANAGEMENT, INC. ET AL

**NOTICE TO** MIDLAND CREDIT MANAGEMENT, INC., C/O CSC LAWYERS INC. SVC. 150 SOUTH PERRY STREET, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY ROBERT C. KELLER
WHOSE ADDRESS IS 315 GADSDEN HIGHWAY, SUITE D, BIRMINGHAM, AL 35235

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   RICHARD MOORE
pursuant to the Alabama Rules of the Civil Procedure

| 8/13/2012 3:31:21 PM | /s ANNE-MARIE ADAMS | |
|---|---|---|
| Date | Clerk/Register | By |

☑ Certified mail is hereby requested   /s ROBERT C. KELLER
Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____

_____        _____
Date                    Server's Signature


01-CV-2012-902545.00
RICHARD MOORE V. MIDLAND CREDIT MANAGEMENT, INC. ET AL

| C001 - RICHARD MOORE | v. | D001 - MIDLAND CREDIT MANAGEMENT, INC. |
|---|---|---|
| Plaintiff | | Defendant |

01-CV-2012-902545.00 D001

**SERVICE RETURN**

ANNE-MARIE AD[illegible]
ROOM 400 JEFF[illegible] [illegible]
716 RICHARD ARRINGTON JR BLVD. NO.
BIRMINGHAM, ALABAMA 35203

CERTIFIED MAIL

7011 2970 0003 1795 9427

02 1A   $ 06.80
0004627147   AUG 17 2012
MAILED FROM ZIP CODE 35203

MIDLAND CREDIT MANAGEMENT INC
%CSC LAWYERS INC SVE
150 SOUTH PERRY ST
MONTGOMER AL 36104
D001