FILED
 2012 Nov-05 PM 02:53
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CASE NO. 2:12-CV-3014-SLB |
| ) | |
| **FIRST FINANCIAL INVESTMENT** ) | |
| **FUND V, L.L.C.; MIDLAND CREDIT** ) | |
| **MANAGEMENT, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## DISMISSAL ORDER

In accordance with plaintiff's Motion to Dismiss with Prejudice, (doc. 6), the court hereby **ORDERS** that the above-referenced matter is **DISMISSED WITH PREJUDICE**. Costs are taxed as paid.

**DONE**, this 5th day of November, 2012.



SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE